IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JEFFERY T. BINGHAM, Individually and On Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | No. 1:11-cv-00048 |
| v. | § § | JURY TRIAL DEMANDED |
| JEFFERSON COUNTY, TEXAS and SHERIFF G. MITCH WOODS, | § § § § | |
| Defendants. | § | |

## STATEMENT NOTING A PARTY'S DEATH

In accordance with Rule 25(a), Jeffrey T. Bingham, who is a party to this action, notes the death during the pendency of this action of Opt-In Plaintiff Christopher Bell. *See*, Notice of Consent of Christopher Bell (Docket Entry No. 21) at p. 3.

Respectfully submitted,

**MOORE & ASSOCIATES**

By: s/ Melissa Moore
Melissa Ann Moore
Federal Id. No. 25122
State Bar No. 24013189
Curt Hesse
Federal Id. No. 968465
State Bar No. 24065414
440 Louisiana Street, Suite 675
Houston, Texas 77002
Telephone: (713) 222-6775
Facsimile: (713) 222-6739

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of April in the year 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Jessica L. Hallmark, Esq.
Mr. Robert B. Dunham, Esq.
DUNHAM HALLMARK, PLLC
4180 Delaware Street, Suite 301
Beaumont, Texas 77706

Mr. Eric Paul Edwardson, Esq.
5 Acadiana Court, Suite B
Beaumont, Texas 77706

Ms. Kathleen M. Kennedy, Esq.
MEHAFFY WEBER, P.C.
Post Office Box 16
Beaumont, Texas 77704

                                          s/ Melissa Moore
                                          Melissa Moore